FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 06 2017

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 9:17CR 25 |
| | | Clark-Giblin |
| MIGUEL HILARIO<br>a/k/a: MIGUEL NOLASCO;<br>a/k/a: JEREMY ESPINOZA<br>a/k/a: MARTIN ALFONSO SEGURA | | H 17-1198M |

United States Courts
Southern District of Texas
FILED
*July 18, 2017*
David J. Bradley, Clerk of Court

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

#### Count One

Criminal Alien Found Unlawfully
Present in the United States After
Deportation
(8 U.S.C. §§ 1326(a) and (b)(2))

On or about June 28, 2017, in the Eastern District of Texas, **Miguel Hilario, a/k/a: Miguel Nolasco, Jeremy Espinoza & Martin Alfonso Segura**, defendant, an alien, who had previously been denied admission, excluded, deported, and removed from the United States on September 29, 2008, after having been convicted of an aggravated felony, was thereafter found knowingly and unlawfully present in the United States, that is, in Angelina County, Texas, said defendant having not obtained the consent of the Attorney General or the Secretary for Homeland Security of the United States, to reapply for admission into the United States.

All in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____        7-6-2017
TOMMY L. COLEMAN                      Date
Special Assistant United States Attorney

Indictment – Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

UNITED STATES OF AMERICA §
§
v. § No. 9:17CR 25
§

MIGUEL HILARIO;
a/k/a: MIGUEL NOLASCO;
a/k/a: JEREMY ESPINOZA;
a/k/a: MARTIN ALFONSO SEGURA

## NOTICE OF PENALTY

### Count One

Violation: 8 U.S.C. §§ 1326(a) and (b)(2) (Criminal Alien Found Unlawfully Present in the United States After Deportation).

Penalty: Imprisonment for not more than 2 years, a fine not to exceed $250,000.00, or both; and supervised release of not more than one (1) year.

If removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony (other than an aggravated felony), then imprisonment of not more than 10 years, a fine not to exceed $250,000.00, or both; and supervised release of at least one (1) year but not more than three (3) years.

If removal was subsequent to a conviction for commission of an aggravated felony, then imprisonment for not more than 20 years, a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim, whichever is greater, or both; and supervised release of not more than three (3) years.

Special Assessment: $100.00

Indictment – Page 3

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Miguel Hilario | ) Case No. 9:17cr25 |
| aka Miguel Nolasco | ) |
| aka Jeremy Espinoza | ) |
| aka Martin Alfonso Segura | ) |
| c/o ICE Custody | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Miguel Hilario

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Criminal Alien Found Unlawfully Present in the United States After Deportation

Date: 7/7/17

David A. O'Toole
*Issuing officer's signature*

City and state: Lufkin, TX

David A. O'Toole, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*